Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Charles Hunter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HUNTER,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Case No.: CV 12-cv-00684- SH<br><br>{PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,300.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE: 1/3/13

THE HONORABLE STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Steven G. Rosales*

4 | Steven G. Rosales
Attorney for plaintiff Charles Hunter